**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| YYZ, LLC,<br>Plaintiff,<br>v.<br><br>SOFTWARE AG, INC., et al.,<br>Defendants. | Case No. 13-cv-00137-SLR |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff YYZ, LLC ("YYZ") and Defendants Software AG, Inc. and Software AG (collectively, "Software AG"), having settled their disputes in this action, hereby stipulate to dismiss with prejudice all claims and counterclaims asserted between YYZ and Software AG in this action. Each side shall bear its own costs, expenses, and attorneys' fees.

Date: October 2, 2014

Respectfully submitted,

*/s/ Brian E. Farnan*

Brian E. Farnan (Bar No. 4089)
**FARNAN LLP**
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com

Jacqueline K. Burt (*pro hac vice*)
James F. McDonough, III (*pro hac vice*)
Jonathan R. Miller (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
3621Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0861, 0869, 0863
Facsimile: (205) 547-5502, 5504, 5506
Email: jburt@hgdlawfirm.com
Email: jmcdonough@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com

Steven W. Ritcheson (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
Email: swritcheson@hgdlawfirm.com

M. Blair Clinton (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 327-9116
Facsimile: (205) 380-8082
Email: bclinton@hgdlawfirm.com

René A. Vazquez (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
18326 Buccaneer Terrace
Leesburg, Virginia 20176
Telephone: (571) 206-1375
Facsimile: (205) 327-9114
Email: rvazquez@hgdlawfirm.com
***Attorneys for Plaintiff YYZ, LLC***

Date: October 2, 2014

Respectfully submitted,

/s/ Jeremy A. Tigan
Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com

William D. Coston
Jeffri A. Kaminski
Tamany Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000
**Attorneys for**
***SOFTWARE AG and***
***SOFTWARE AG, INC.***

IT IS SO ORDERED this ____ day of _________________, 2014.

______________________________________
UNITED STATES DISTRICT JUDGE